1   SANDRA R. BROWN
     Acting United States Attorney
2   DOROTHY A. SCHOUTEN
     Assistant United States Attorney
3   Chief, Civil Division
     DAVID K. BARRETT
4   Assistant United States Attorney
     Chief, Civil Fraud Section
5   California Bar Number 149882
        Federal Building, Suite 7516
6       300 North Los Angeles Street
        Los Angeles, California 90012
7       Telephone: (213) 894-0522
        Facsimile: (213) 894-7819
8       E-mail: david.barrett@usdoj.gov

9   Attorneys for the United States of America

10

11               UNITED STATES DISTRICT COURT

12         FOR THE CENTRAL DISTRICT OF CALIFORNIA

13                 WESTERN DIVISION

14 **UNITED STATES OF AMERICA, STATE** | Case No. CV 11-02036 JFW
   **OF CALIFORNIA,** *ex rel.*      (AJWx)
15 **VIKI BELL-MANAKO,**

16      Plaintiffs,         **[PROPOSED] ORDER OF DISMISSAL**
                       **OF ACTION**
17      v.

18 **BRIUS MANAGEMENT CO., a**     [JOINT STIPULATED REQUEST FOR
   **California corporation; et al.,**  DISMISSAL OF ACTION; QUI TAM
19                         PLAINTIFF'S REQUEST FOR
     Defendants.         DISMISSAL OF ACTION AGAINST
20                         REMAINING DEFENDANTS AND
                        UNITED STATES' AND
21                         CALIFORNIA'S CONSENT THEREON
                        FILED CONCURRENTLY HEREWITH]
22

23

24

25

26

27

28

1       Plaintiffs the United States of America ("United States")

2   and the State of California ("California"), and <u>qui tam</u>

3   plaintiff Viki Bell-Manako (the "relator"), having jointly

4   requested, pursuant to Rule 41(a)(2) of the Federal Rules of

5   Civil Procedure, and in accordance with and subject to the

6   settlement agreement of October 31, 2017 ("the Settlement

7   Agreement"), among these parties and defendants Point Loma

8   Rehabilitation Center LLC dba Point Loma Convalescent Hospital,

9   B-San Diego LLC dba Brighton Place – San Diego, B-Spring Valley,

10  LLC dba Brighton Place – Spring Valley, and B-East dba Amaya

11  Springs Health Care Center, that the action against these four

12  defendants be dismissed, and the relator having further

13  requested, and the United States and California having given

14  their consent in the interests of justice, that the action

15  against defendants Brius Management Co., Brius LLC, Shlomo

16  Rechnitz, and Guy Reggev also be dismissed pursuant to Rule

17  41(a)(2) of the Federal Rules of Civil Procedure,

18      **IT IS ORDERED** that:

19      1.   With respect to the Covered Conduct as defined in the

20  Settlement Agreement, the action against defendants Point Loma

21  Rehabilitation Center LLC dba Point Loma Convalescent Hospital,

22  B-San Diego LLC dba Brighton Place – San Diego, B-Spring Valley,

23  LLC dba Brighton Place – Spring Valley, and B-East dba Amaya

24  Springs Health Care Center is dismissed with prejudice as to the

25  United States, California, and the relator, subject to the terms

26  of the Settlement Agreement; and

27      2.   With respect to conduct that is outside the Covered

28  Conduct as defined in the Settlement Agreement, the action

-1-

against defendants Point Loma Rehabilitation Center LLC dba Point Loma Convalescent Hospital, B-San Diego LLC dba Brighton Place - San Diego, B-Spring Valley, LLC dba Brighton Place - Spring Valley, and B-East dba Amaya Springs Health Care Center is dismissed without prejudice as to the United States and California and with prejudice as to the relator, subject to the terms of the Settlement Agreement.

    3.   The action against the remaining defendants, Brius Management Co., Brius LLC, Shlomo Rechnitz, and Guy Reggev, is dismissed without prejudice as to the United States and California, and with prejudice as to the relator.


Dated: _____        _____

                                                UNITED STATES DISTRICT JUDGE